Tyson M. Takeuchi, SBN 177419
LAW OFFICE OF TYSON M. TAKEUCHI
1100 Wilshire Blvd., Suite 2606
Los Angeles, CA 90017
Tel 213.637.1566
Fax 888.977.6310
tyson@tysonfirm.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re: | ) ) Case No.: 2:11-bk-52379-VZ |
|---|---|
| Jammie Vannessa Hill, | ) ) Chapter 13 |
| Debtor. | ) ) NOTICE OF HEARING ON DEBTOR'S ) ) MOTION UNDER LBR 3015-1(n) AND (w) ) ) TO MODIFY PLAN OR SUSPEND PLAN ) ) PAYMENTS ) ) ) ) DATE: May 12, 2014 ) ) TIME: 11:00 a.m. ) ) CTRM: 1368, 13th Floor ) )         U.S. Bankruptcy Court ) )         255 East Temple Street ) )         Los Angeles, CA 90012 ) ) |

TO THE HONORABLE VINCENT P. ZURZOLO, CHAPTER 13 TRUSTEE NANCY K. CURRY, ALL CREDITORS, OTHER INTERESTED PARTIES:

    NOTICE IS HEREBY GIVEN that Debtor Jammie Vannessa Hill, through her attorney of record Tyson M. Takeuchi, has requested a hearing on her Motion Under LBR 3015-1(n) and (w) to Modify Plan or Suspend Plan Payments ("Motion") for the above captioned date and time. This request has been made at the recommendation of the Chapter 13 Trustee, Nancy K. Curry ("Trustee"), as stated in the Trustee comments filed with respect to the Motion.

THE LAW OFFICES OF
Tyson M. Takeuchi
& Associates
Los Angeles
California
(213) 637-1566

1
NOTICE

1    The hearing date captioned above has been selected to allow
2 sufficient time for the Debtor to address the deficiencies and
3 concerns represented in the Trustee's comments filed with respect to
4 the Motion, namely: Debtor's turnover of copies of her 2011, 2012 and
5 2013 tax returns to the Trustee and the infeasibility of the proposed
6 changes to the Debtor's confirmed plan.

7

8 DATED: April 15, 2014                LAW OFFICE OF TYSON M. TAKEUCHI

9
10                                     _____
                                       TYSON M. TAKEUCHI
11                                     Attorney for Debtor

THE LAW OFFICES OF
Tyson M. Takeuchi
& Associates
Los Angeles
California
(213) 637-1566

2
NOTICE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1100 Wilshire Boulevard, Suite 2606, Los Angeles, California 90017

A true and correct copy of the foregoing document entitled (*specify*): Notice of Hearing on Debtor's Motion Under LBR 3015-1(n) and (w) to Modify Plan or Suspend Plan Payments

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/15/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 04/15/2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 04/15/2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
JUDGE: US Bankruptcy COurt, 255 East Temple Street, Suite 1382, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/15/2014 | Albert Pfaffman | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**

## 2. SERVED BY UNITED STATES MAIL:

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

AmeriCredit
Box 78143
Phoenix, AZ 85062

AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, Texas 76096

Asset Acceptance
Po Box 1630
Warren, MI 48090

Asset Acceptance LLC
Po Box 2036
Warren MI 48090

ASSET ACQUISITION GROUP LLC
3025 S PARKER RD STE 500
AURORA CO 80014

Cashcall Inc
1600 S Douglass Rd
Anaheim, CA 92806

Cavalry Portfolio
Po Box 27288
Tempe, AZ 85285

Cavalry Portfolio Services, LLC
500 Summit Lake Drive Suite 400
Valhalla, NY 10595-1340

Coast National Insurance Comp
5701 Stirling Rd
Davie, FL 33314

Credit Management
4200 International Pkwy
Carrollton, TX 75007

Credit One Bank
Po Box 98873
Las Vegas, NV 89193

Crown Diamonds
1160 S Harbor Blvd #J5
Fullerton, CA 92832

Eos Cca
700 Longwater Dr
Norwell, MA 02061

Equifax
PO Box 144717
Orlando, FL 32814-4717

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374-0256

Ers
Po Box 9004
Renton, WA 98057

Experian
Profile Management
PO Box 9558
Allen, TX 75013-9558

Experian
NCAC
PO Box 9556
Allen, TX 75013-9556

Financial Credit Network
1300 W Main St
Visalia, CA 93291

Firstsource
205 Bryant Woods South
Amherst, NY 14228

Gemb/Care Credit
Po Box 965036
Orlando, FL 32896

Hsbc
Po Box 5253
Carol Stream, IL 60197

Hzb Financial
1415 Hwy 85N Ste 310-308
Fayetteville, GA 30214

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302

Jones & Jones Management
Po Box 6550
Woodland Hills, CA 91365

Kenosian & Miele
8581 Santa Monica Blvd #17
Los Angeles, CA 90069

LA County Sheriff's Off
300 E Walnut St Rm 208
Pasadena, CA 91101

Lamont Hanley & Assoc
1138 Elm St
Manchester, NH 03101

LAW OFFICES OF KENOSIAN AND
MIELE
8581 SANTA MONICA BLVD 17
LOS ANGELES CA 90069

Lock Box Academic Advantage
File 749287
Los Angeles, CA 90074

Midland Credit Management
8875 Aero Dr
San Diego, CA 92123

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123

Monarch Recovery Management
10965 Decatur Rd
Philadelphia, PA 19154

Pinnacle
7825 Washington Ave S Ste 310
Minneapolis, MN 55439

Pmgi Llc
8581 Santa Monica Blvd #17
Los Angeles, CA 90069

QuickClick Loans LLC
P.O. Box 5040
Alpharetta, GA 30023

Spot On Loans
PO Box 6243
North Logan UT 84341

Target Corp
Po Box 673
Minneapolis, MN 55440

Trans Union Corporation
ATTN: Public Records Department
555 W Adams St
Chicago, IL 60661-3719

Transunion Consumer Relations
PO Box 2000
Crum Lynne, PA 19022

Two Jinn, Inc.
DBA Aladdin Bail Bonds
Attn: FSD
PO Box 2606
Carlsbad CA 92018-2606

Wells Fargo Bank
Po Box 84712
Sioux Falls, SD 57117

West Asset Management
7333 Tam Oshanter
Stockton, CA 95210